UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRED LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BUREAUS, INC. and EMPIRE SOLUTIONS, INC.,<br><br>    Defendants. | Case No: C 09-6041 SBA<br><br>**ORDER DENYING MOTION TO ENFORCE SETTLEMENT**<br><br>Dkt. 21 |

On November 5, 2009, Plaintiff filed the present action in the Superior Court of California, County of San Francisco, alleging that Defendants violated California and federal fair debt collection practices laws. On December 28, 2009, Defendants removed the action to this Court based upon federal question jurisdiction. On April 6, 2010, the parties filed a stipulation selecting mediation as their preferred ADR process. Subsequently, an ADR Phone Conference was scheduled for June 29, 2010. The June 29, 2010 ADR Phone Conference was not held because the parties had indicated that they reached a settlement prior to the conference.

On September 9, 2010, Plaintiff filed the instant Motion to Enforce Settlement, which Defendants have opposed. Dkt. 21. In his motion, Plaintiff asserts that Defendants have refused to sign the Settlement Agreement that was negotiated by their lawyers on their behalf, and asks the Court enforce the Settlement Agreement against Defendants. Plaintiff asserts that the terms of the Settlement Agreement were agreed to following several e-mail and telephone exchanges between Defendants' and Plaintiff's attorneys, and the draft settlement was the reason the parties advised the Court's ADR Unit that the case had settled. According to Plaintiff, through these negotiations, the parties arrived at a settlement of this matter which was put into writing by Defendants' attorneys and agree to by the parties. Plaintiff indicates that

counsel for Defendants has not revealed why Defendants will not sign the Settlement Agreement.  In their opposition to Plaintiff's motion, Defendants assert that, while they had agreed to a settlement in principle, the details were not sufficiently agreed upon or documented to allow for enforcement of the purported settlement.

The Court notes that a mandatory Settlement Conference is currently scheduled for December 14, 2010 before Magistrate Judge Beeler.  Participation in that conference may assist the parties in resolving their disputes regarding the proposed Settlement Agreement, and may obviate the need for the parties to invest additional time and resources in connection with Plaintiff's motion.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.    Plaintiff's Motion to Enforce Settlement is DENIED without prejudice.  Plaintiff may re-file his motion after the parties participate in the December 14, 2010 Settlement Conference, should the circumstances so warrant.

2.    The November 16, 2010 hearing on Plaintiff's Motion is VACATED.

3.    This Order terminates Docket 21.

IT IS SO ORDERED.

Dated: November  8, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge