Andrew M. Steinheimer - 200524
Brandon L. Reeves - 242897
ELLIS, LaVOIE, POIRIER,
  STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
asteinheimer@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Defendants THE BUREAUS, INC. AND EMPIRE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEWIS, | Case No.:  C 09-06041 SBA |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| v. | |
| THE BUREAUS,INC, ET AL, | |
| Defendant. | |

**ORDER**

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _1/18/11

_____
The Honorable Saundra B. Armstrong
United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL